AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**

TRUSTEES OF BOSTON PLASTERERS AND
CEMENT MASONS LOCAL 534 PENSION FUND,
ANNUITY FUND AND HEALTH & WELFARE FUND

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

J.F.M. CONSTRUCTORS, INC.

04cv10953 WGY

TO: (Name and Address of Defendant)

J.F.M. Constructors, Inc.
P.O. Box 643
Sagamore Beach, MA 02562

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

_Pat Duson_

BY DEPUTY CLERK

DATE  5-12-04

**Barnstable County Sheriff's Office**

I hereby certify and return that on **June 10, 2004 at 1:10 PM** I served a true and attested copy of Summons & Complaint, in hand to Ann Marie McGonigile, Treasurer agent able to accept civil process for the within named Defendant, J.F.M. Contractors, Inc., at the last and usual business address to wit: 3355 Old Plymouth Road #4, Sagamore Beach, MA 02562.

Fee:        $54.30

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA  02672

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

Signature of Server

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.