UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON PLASTERERS AND CEMENT MASONS LOCAL 534 ANNUITY FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | C. A. NO. 04-10953-WGY ) ) |
| J.F.M. CONSTRUCTORS, INC | ) ) |
| Defendant. | ) ) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, J.F.M. Constructors, Inc., P.O. Box 643, Sagamore Beach, MA 02562, in the above-captioned action. Defendant J.F.M. Constructors, Inc. was served with the complaint on June 10, 2004. A copy of proof of service is attached.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: July 13, 2004              Respectfully submitted,

Aaron D. Krakow
BBO #544424
KRAKOW & SOURIS, LLC

225 Friend Street

Boston, MA 02114

(617) 723-8440


_____/s/_____

Attorney for plaintiffs