UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10953-WGY</u>

TRUSTEES OF BOSTON PLASTERERS AND CEMENT
MASONS LOCAL 534 ANNUITY FUND, ET AL
Plaintiff

v.

J.F.M. CONSTRUCTORS, INC.
Defendant

<u>NOTICE OF DEFAULT</u>

     Upon application of the Plaintiff, Trustees of Boston Plasterers and Cement Masons Local 534 Annuity Fund, et al, for an order of Default for failure of the Defendant, J.F.M. Constructors, Inc. , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 9, 2004.

Tony Anastas,
Clerk

By:  /s/ Marie Bell
        Deputy Clerk

Notice mailed to counsel of record and defendants.