UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON PLASTERERS AND CEMENT MASONS LOCAL 534 ANNUITY FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) ) C. A. NO. 04-10953-WGY |
| v. | ) ) |
| J.F.M. CONSTRUCTORS, INC | ) ) |
| Defendant. | ) ) ) |

**JUDGMENT**

YOUNG, D.J.

Defendant, J.F.M. Constructors, Inc. having failed to plead or otherwise defend in this action and default having been entered on September 9, 2004.

Now upon application of plaintiffs and declaration demonstrating that defendant owes plaintiffs the sum of $23,165.68; that defendant is not an infant or incompetent person or in the military service of the United States, and that the plaintiffs have incurred costs and attorneys' fees in the sum of $1,024.30 is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiffs recover from defendant J.F.M. Construction, Inc. the sum of $24,189.98 with interest as provided by law.

_____
Deputy Clerk

Dated:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT )
MASONS LOCAL 534 ANNUITY FUND, et al.,         )
                                                )
    Plaintiffs,                               )
                                                )    C. A. NO. 04-10953-WGY
v.                                              )
                                                )
J.F.M. CONSTRUCTORS, INC                        )
                                                )
    Defendant.                                )
_____)

MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiffs and acting pursuant to F.R.C.P. 55(b)(1), move for Entry of Judgment by the Clerk ordering the Defendant, J.F.M. Constructors, Inc. to pay to the plaintiffs the sum of $24,189.98 in damages and taxable costs.

In support of this motion, the Plaintiffs represent that:

1. On June 10, 2004 a copy of the complaint and Summons was served upon defendant, J.F.M. Constructors, Inc.

2. With respect to the Complaint, Defendant never appeared, filed, answered or otherwise defended.

3. Plaintiffs request that the Defendant be defaulted pursuant to F.R.C.P. 55(a) because of its failure to file an answer or other responsive pleading to the Complaint or to

otherwise defend against it was allowed by the Court, and the Defendant was defaulted on September 9, 2004.

    4. Being a corporation the Defendant is neither an infant nor an incompetent person, nor in the military service of the United States.

    5. The computation of damages and taxable costs owed by the Defendant is set forth in the Declaration of Harry Brousaides which is filed with the present motion.

Plaintiffs
by their attorney

/s/ Aaron D. Krakow_____
Aaron D. Krakow
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

CERTIFICATE OF SERVICE

    I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to J.F.M. Constructors, Inc.

/s/ Aaron D. Krakow_____
Aaron D. Krakow

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT )
MASONS LOCAL 534 ANNUITY FUND, et al.,              )
                                                    )
    Plaintiffs,                                    )
                                                    )     C. A. NO. 04-10953-WGY
v.                                                  )
                                                    )
J.F.M. CONSTRUCTORS, INC                            )
                                                    )
    Defendant.                                     )
_____        )

DECLARATION OF DAMAGES AND TAXABLE COSTS

    Harry Brousaides, being duly sworn, says:

    1.  That I am presently the Executive Director of Cement Masons Local 534 Funds.

    2.  In that capacity I am responsible for receiving the amounts due to be paid to the said funds and to other employee benefit funds (referred to collectively as "the Funds") by the employers who have entered into collective bargaining agreements in which they have agreed to make contributions to the Funds.

    3.  That for work performed between August 1, 2003 and October 1, 2003 J.F.M. Constructors, Inc. was delinquent in its contributions to the Funds in the amount of $18,033.90.

4. That the liquidated damages and interest charges on the amount owed to the Funds that is required by the Trust Agreement pursuant to which it was established and the relevant collective bargaining agreement, computed through August 31, 2004 totals $3,606.78 and $1,525.00 respectively for a total of $5,131.78.

5. That the reasonable attorney's fees for institution and prosecuting this action that is required by the Trust Agreement and the relevant collective bargaining agreement is $820.00.

6. That the costs incurred by plaintiffs in bringing this action, consisting of filing and service fees total $204.30.

7. That the total amount owed to the Cement Masons Local 534 Funds by J.F.M. Constructors, Inc. consisting of the separate amounts listed in paragraphs 3 through 6 of this declaration, totals $24,189.98.

9. That the defendant is neither an infant and or an incompetent person, nor in the military services of the United States.

I declare under the penalties of perjury that the foregoing is true and correct this ___ day of September, 2004.

/s/ Harry Brousaides\
Harry Brousaides, Administrator