UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON PLASTERERS AND CEMENT MASONS LOCAL 534 ANNUITY FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) ) C. A. NO. 04-10953-WGY |
| v. | ) ) |
| J.F.M. CONSTRUCTORS, INC | ) ) |
| Defendant. | ) ) ) |

**JUDGMENT**

YOUNG, D.J.

Defendant, J.F.M. Constructors, Inc. having failed to plead or otherwise defend in this action and default having been entered on September 9, 2004.

Now upon application of plaintiffs and declaration demonstrating that defendant owes plaintiffs the sum of $23,165.68; that defendant is not an infant or incompetent person or in the military service of the United States, and that the plaintiffs have incurred costs and attorneys' fees in the sum of $1,024.30 is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiffs recover from defendant J.F.M. Construction, Inc. the sum of $24,189.98 with interest as provided by law.

*Marie Bell*
Deputy Clerk

*October 6, 2004 - Form of judgment approved.*
*William G. Young*
*Chief Judge*

Dated: 10/6/04