UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRUSTEES OF BOSTON PLASTERERS AND CEMENT MASONS LOCAL 534 ANNUITY FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) | NO. 04-10953-WGY |
| J.F.M. CONSTRUCTORS, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon plaintiffs' motion for an order in aid of judgment, it is hereby

ORDERED that any obligation of Methuen Construction Co., Inc. to pay J.F.M. Constructors, Inc. pursuant to a contract or contracts for the performance of work or services shall be reached and applied in payment of the judgment entered against J.F.M. Constructors, Inc. in this case. It is further

ORDERED that, from the amounts reached and applied pursuant to the paragraph above, Methuen shall pay plaintiffs the amounts reached and applied under those contracts, but not to exceed $24,189.98.

IT IS SO ORDERED.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: October 18, 2004