UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT )
MASONS LOCAL 534 ANNUITY FUND, et al.,    )
    Plaintiffs,                       )
                                      )   C. A. NO. 04-10953-WGY
v.                                        )
                                      )
J.F.M. CONSTRUCTORS, INC                  )
    Defendant.                        )
_____)

PLAINTIFFS' MOTION TO VACATE REACH AND APPLY ORDER

On October 18, 2004 this Court issued an order requiring Methuen Construction, Inc. to pay to the Plaintiffs Boston Plasterers & Cement Masons Local 534 Employee Benefits Funds amounts it owed to JFM Constructors, Inc. not to exceed $24,189.98. In accordance with an agreement reached between the plaintiffs and Methuen Construction, plaintiffs hereby move that the October 18, 2004 Order be vacated.

          Plaintiffs
          by their attorney
          /s/ Aaron D. Krakow_____
          Aaron D. Krakow
          KRAKOW & SOURIS, LLC
          225 Friend Street
          Boston, MA 02114    (617) 723-8440

CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to Chris Morog, Esq., Hinkley, Allen & Snyder, 28 State Street, Boston, MA 02109-1775

          /s/ Aaron D. Krakow_____
          Aaron D. Krakow